# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**BY FASCIMILE**  March 6, 2014
Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

Re: **United States v. Harry Castro**
    13 Cr. 478 (JGK)

Dear Judge Koeltl:

I write on behalf of my client, Harry Castro, to request a temporary modification of Mr. Castro's bail conditions to allow him to visit his brother in Boston for approximately one week. He would like to visit his brother as soon as possible and will return to New York by March 17, 2014.

Mr. Castro has been out on bail since his arrest on February 25, 2013, and has been compliant with the conditions of his release. His bail conditions previously have been modified to allow him to visit family in Boston and Florida.

I have spoken with Assistant United States Attorney Damian Williams and Pretrial Services Officer Jeff Steimel and neither objects to this request. If the Court approves this request, Mr. Castro will inform Mr. Steimel of his travel itinerary and will comply with any reporting requirements ordered by Mr. Steimel.

Thank you for your time and attention to this matter.

Respectfully submitted,

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

3/6/14

**Peggy Cross-Goldenberg**
Attorney for **Harry Castro**
(212) 417-8732

cc: AUSA Damian Williams (via email)
    USPTO Jeff Steimel (via email)

RECEIVED MAR 06 2014
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/6/14

TOTAL P.002