# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/7/14

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**BY FASCIMILE**

April 4, 2014

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

[RECEIVED APR 04 2014 CHAMBERS OF JOHN G. KOELTL U.S.D.J.]

Re: **United States v. Harry Castro**
    13 Cr. 478 (JGK)

Dear Judge Koeltl:

I write on behalf of my client, Harry Castro, with two requests: first, that the Court temporarily modify Mr. Castro's bail conditions to allow him to visit his mother for approximately two weeks and second that the Court adjourn the date of his sentencing.

With respect to the requested bail modification, Mr. Castro would like to travel to Florida to stay with his mother for approximately two weeks. He has been out on bail since his arrest on February 25, 2013, and has been compliant with the conditions of his release. His bail conditions previously have been modified to allow him to visit family in Boston and Florida. Both Assistant United States Attorney Damian Williams and Pretrial Services Officer Jeff Steimel consent to this request. If the Court approves this request, Mr. Castro will inform Mr. Steimel of his travel itinerary and will comply with any reporting requirements ordered by Mr. Steimel.

With respect to the sentencing date, I respectfully request that the Court adjourn the sentencing to the week of May 19. The probation office needs additional time to complete the presentence report and the parties need additional time to discuss the potential applicability of proposed Guideline changes to Mr. Castro's advisory sentencing range. AUSA Williams consents to this request as well.

Thank you for your time and attention to these matters.

Respectfully submitted,

*[signature]*

Peggy Cross-Goldenberg
Attorney for Harry Castro
(212) 417-8732

cc: AUSA Damian Williams (via email)
    USPTO Jeff Steimel (via email)

*[Handwritten notes:]*
1. Bail modification approved
2. Sentencing adjourned to Friday, May 30, 2014 at 2:30pm
   SO ORDERED,
   4/4/14  *[signature]* Koeltl
                         USDJ

TOTAL P.002