U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 23, 2014

**By Fax**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED
MAY 23 2014
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Re: United States v. Harry Castro, 13 Cr. 478 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter to request an adjournment of the May 30 sentencing in the above-referenced case until July 11, 2014 at 2:30pm. The request is necessitated because of a conflicting court appearance. I have spoken with defense counsel, who consents to the requested adjournment.

Very truly yours,

PREET BHARARA
United States Attorney

by: _____
Damian Williams
Assistant United States Attorney
(212) 637-2298

cc: Defense Counsel (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/28/14

APPLICATION GRANTED
SO ORDERED

5/27/14
_____
John G. Koeltl, U.S.D.J.

TOTAL P.002